1028.   RUSSELL, administrator, *v.* HAMMOCK.

RUSSELL, J.   1. This court will not undertake to determine errors dependent upon the evidence, where no bona fide effort is made to prepare a proper brief of the evidence.

2. The stenographic report of the testimony adduced in the trial of a case, a large portion of which is in questions and answers, with counsel's objections to testimony and the rulings of the court thereon included, is not such a brief of evidence as is required by law and the rules of the court.                 *Judgment affirmed.*

Complaint, from city court of Fitzgerald,—Judge Jay.   January 13, 1908.

Submitted June 14,—Decided July 25, 1908.

*Otis H. Elkins,* for plaintiff in error.

*E. Wall, E. S. Fuller,* contra.